IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BASCOMB, #204 646, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:16-CV-150-WHA |
| | ) [WO] |
| WARDEN, ELMORE CORRECTIONAL FACILITY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER and OPINION**

On May 10, 2017, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. After an independent evaluation and *de novo* review of the file, the Recommendation (Doc. 13) is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2241 petition for habeas relief is DISMISSED as moot.

Final Judgment will be entered accordingly.

Done this 20th day of June, 2017.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE